AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
### *Southern District of Georgia*

ROGELIO ROBLERO BARTOLON,

    Petitioner,

          **v.**

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:
        5:26-cv-116

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated February 9, 2026, Petitioner's 28 U.S.C. § 2241 petition is

granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within

seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____
          HON. LISA GODBEY WOOD, JUDGE
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF GEORGIA



_February 9, 2026_____
Date

John E. Triplett, Clerk of Court
Clerk

_____
*(By) Deputy Clerk*